Court of Appeals
Seventh District of Texas.
P.o Box 9540
Amarillo, Tx 79105-9540



Re: No 07-15-00090-CV
Trial Court No: 645.
Evangelos Pagonis V. Catherine Thomas.

Dear Honorable Clerk

On March 12th 2015 I received this court notice that the Trial Court No 645 is now in your court. I am confused on this action, Has the Lower Court made a decision on the case. If so I have not received any notification from that court. Please advise, Also the Document you enclosed "Docketing Statement (Criminal)" is this court filing changes of Obstruction of Justice, Theft and Tempering with Evidence, if so I will motion the court for Appointment of Counsel, A Trial in this case will likely involve Conflicting Testimony, and Counsel would better enable plaintiff to present evidence and Cross examine witnesses, and Plaintiff's imprisonment will greatly limit his Ability to Litigate. Plaintiff Has Limited Access to the Law Library and limited knowledge of the Law. As in the case of the Document mentioned above.

Plaintiff would like to make this court aware of the Correspondence From Ms Malisa Mesw Clerk of Hartley County. Dated March 6, 2015. On non official. Paper of Her Court. Also non Court Stationary.

Plaintiff believe it is from her personal computer.

The correspondence reads as follows, and if this court require it to be entered as evidence an order to copy can be requested to the law library and submitted to the court:

March. 6. 2015.

Mr. Pagonis:

  I received your letter regarding the appeal, I was waiting on hearing from the 7th court of appeals. I heard from them almost two week ago. I have been working on the appeal, it was sent today.

  If you have anything further, let me know.

  If Ms Mead heard from your court 2 weeks ago why am I just now receiving notice that this court has taken over my appeal.

Respectfully
Evangelos Pagonis Pro Se.
11950 Fm 998
Dalhart Tx 79022

Dated: March 13. 2015.

P.S We. The unit has been on lockdown as of 3-10-2015. And do not know when we/unit come up. No Access to courts

2.

Court of Appeals.
Seventh District of Texas.
P. O Box 9540
Amarillo, Tx 79105-9540.


FILED
MAR 25 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

Re: Case No: 07-15-00090-cv.
Trial Court Case no: 645
Evangelos Pagonis v. Catherine Thomas.


To the Honorable Said Judge.

Comes Now Plaintiff Evangelos Pagonis Pro Se
And Request the following Evidence Be Submitted in This
Cause.

Access to Court Rule 040 Section III b:


... TDCJ Staff shall Never Scatter, Destroy,
or otherwise unduly Disrupt the Offenders, Legal
Material ...


Upon Searching For the Janitor closet key Said
Defendant Scattered, Destroyed And Disrupted Legal
Material. Defendant Took Federal Evidence From Plaintiff's
Legal Material.


The Above is True And Correct, I Hereby Certify
Under Penalty of Perjury That the Foregoing is True And
ATC 040 is out of the policy.

Respectfully Submitted
Evangelos Pagonis

Date 03/13/15.



Evangelos Pagonis 01626253
Dalhart Unit
11950 Fm 998
Dalhart Tx 79022

U.S. POSTAGE
U.S. PAID TX
DALHART TX
79022
MAR 22,15
AMOUNT
$0.00
00037002-04
79105
1000
UNITED STATES POSTAL SERVICE

Court of Appeals.
Seventh District of Texas.
P.o Box 9540
Amarillo, Tx 79105 - 9540